**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **PLAINTIFF** |
| **VS.** | **CRIMINAL ACTION NO. 3:26-CR-17-CHB** |
| **AARIEL MATTHEWS** | **DEFENDANT** |

## REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY

This matter has been referred to the undersigned Magistrate Judge by the District Court for the purpose of conducting proceedings pursuant to Fed.R.Crim.P. 11. The appropriate waiver was executed by the defendant and filed in the record. The United States was represented by Erin G. McKenzie, Assistant United States Attorney. The defendant, Aariel Matthews, by consent, with Aaron M. Dyke, Assistant Federal Defender, appeared in court on August 4, 2026, and entered pleas of guilty as to Counts 12, 14, 15, 27, 29, and 30 of the Indictment pursuant to a Rule 11(c)(1)(A) and (B) plea agreement. After cautioning and examining the defendant under oath concerning each of the subjects mentioned in Rule 11, the Court determined that the guilty pleas were knowledgeable and voluntary as to Counts 12, 14, 15, 27, 29, and 30 of the Indictment, and that the offenses charged were supported by an independent basis in fact concerning each of the essential elements of such offenses. Therefore, the undersigned recommends that the pleas of guilty be accepted, and that the defendant be adjudged guilty as to Counts 12, 14, 15, 27, 29, and 30 in the Indictment have sentence imposed accordingly.

Sentencing is scheduled for **December 3, 2026, at 9:00 a.m.** before the Honorable Claria Horn Boom, United States District Court Judge.

The defendant shall have three (3) days from the date of entry of this order to file any objections to this recommendation or waive the opportunity to do so.

IT IS HEREBY ORDERED that the defendant shall remain under the terms and conditions of her current bond pending further order of the Court.

Copies to:
United States Attorney
Counsel for Defendant
United States Probation