UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal Action No. 3:26-cr-017-CHB-RSE |
| | ) | - 02 |
| v. | ) | |
| | ) | |
| AARIEL MATTHEWS (02), | ) | **ORDER ADOPTING** |
| | ) | **RECOMMENDATION OF** |
| Defendant. | ) | **ACCEPTANCE OF GUILTY PLEA** |
| | ) | |

\*\*\*    \*\*\*    \*\*\*    \*\*\*

After conducting proceedings under Rule 11, *see* [R. 69], United States Magistrate Judge Regina S. Edwards recommended that the undersigned accept Defendant Aariel Matthews's guilty plea and adjudge her guilty of Counts 12, 14, 15, 27, 29, and 30 in the Indictment. *Id.* at 1. The magistrate judge informed the defendant of each of the subjects mentioned in Rule 11 and determined that the guilty plea was knowledgeable and voluntary, and that the offense charged is supported by an independent basis in fact containing each of the essential elements of such offense. *Id.* The magistrate judge therefore recommended that the plea of guilty be accepted by the undersigned. *Id.* Magistrate Judge Edwards imposed a three-day deadline for any objection. *Id.* That deadline has passed, and neither the defendant nor the United States has objected.

The Court is not required to "review . . . a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings." *Thomas v. Arn,* 474 U.S. 140, 150 (1985); *see also United States v. Walters*, 638 F.2d 947, 949–50 (6th Cir. 1981) (holding that a failure to file objections to a magistrate judge's recommendation waives the right to appellate review); Fed. R. Crim. P. 59(b)(2)–(3) (limiting *de novo* review duty to "any objection" filed); 28

1

U.S.C. § 636(b)(1) (limiting *de novo* review duty to "those portions" of the recommendation "to which objection is made"). Accordingly, and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** that Magistrate Judge Regina S. Edwards's Report and Recommendation Concerning Plea of Guilty, [**R. 69**], is **ADOPTED**. Defendant Aariel Matthews's guilty plea is **ACCEPTED** and **ENTERED** into the record. The Court **ADJUDGES** Defendant Aariel Matthews guilty of **Counts 12, 14, 15, 27, 29, and 30 in the Indictment** to which she pleaded and will issue a separate sentencing order.

This the 11th day of August, 2026.

CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY

cc: Counsel of Record
United States Probation